```
CAMPBELL & WILLIAMS
DONALD J. CAMPBELL, ESQ. (1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS, ESQ. (5549)
jcw@campbellandwilliams.com
700 South Seventh Street
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

Attorneys for Counterdefendant/
Crossdefendant Stephen A. Wynn
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WYNN RESORTS, LIMITED, a Nevada limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KAZUO OKADA, an individual, ARUZE USA, INC., a Nevada corporation, UNIVERSAL ENTERTAINMENT CORP., a Japanese corporation, <br><br> Defendants. <br>_____ <br> ARUZE USA, INC., a Nevada Corporation, UNIVERSAL ENTERTAINMENT CORPORATION, a Japanese corporation, <br><br> Counterclaimants, <br> vs. <br><br> WYNN RESORTS, LIMITED, a Nevada corporation, STEPHEN A. WYNN, an individual; KIMMARIE SINATRA, an individual; LINDA CHEN, an individual; RAY R. IRANI, an individual; RUSSELL GOLDSMITH, an individual; ROBERT J. MILLER, an individual; JOHN A. MORAN, an individual; MARC D. SCHORR, an individual; ALVIN V. SHOEMAKER, an individual; D. BOONE WAYSON, an individual; ELAINE P. WYNN, an individual; ALLAN ZEMAN, an individual, <br><br> Counterdefendants. <br>_____ | Case No.: 2:12-cv-00400-LRH-PAL <br><br><br><br><br><br><br><br><br><br><br> **NOTICE OF APPEARANCE ON BEHALF OF STEPHEN A. WYNN** |

Page 1 of 3

|   |   |
|---|---|
| ELAINE P. WYNN, an individual, | ) |
| | ) |
| Counterclaimant and Crossclaimant, | ) ) |
| | ) |
| vs. | ) |
| | ) |
| STEPHEN A. WYNN, an individual, | ) |
| | ) |
| Crossdefendant, | ) |
| | ) |
| ARUZE USA, INC., a Nevada corporation, | ) |
| | ) |
| Counterdefendant. | ) |

PLEASE TAKE NOTICE that the firm Campbell & Williams hereby enters its appearance in this action as counsel of record for Counterdefendant/Crossdefendant Stephen A. Wynn.

DATED this 19th day of June, 2012.

                                                  CAMPBELL & WILLIAMS

                                                  By  */s/ Donald J. Campbell*
                                                      DONALD J. CAMPBELL, ESQ. (1216)
                                                      J. COLBY WILLIAMS, ESQ. (5549)
                                                      700 South Seventh Street
                                                      Las Vegas, Nevada  89101

                                                      Attorneys for Counterdefendant/Crossdefendant Stephen A. Wynn

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that service of the foregoing **Notice of Appearance on Behalf of Stephen A. Wynn** was served on the 19th day of June, 2012 via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

    __/s/ *Donald J. Campbell*_____
    An employee of Campbell & Williams