AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Wynn Resorts, Limited,

           Plaintiff,

V.

Okada et al.,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-00400-LRH -PAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Judgment has been entered for attorneys fees in favor of plaintiffs Wynn Resorts, Limited and against Aruze USA, Inc., Universal Entertainment Corporation (together with Defendant Kazuo Okada, "Okada") in the amount of $148,583.00

August 21, 2012  
Date

/s/ Lance S. Wilson  
Clerk

/s/ Summer Rivera  
(By) Deputy Clerk